No. 553. BOARD OF COMMISSIONERS OF ALLEN COUNTY, OHIO, ET AL. *v.* OHIO EX REL. BOWMAN. Argued April 14, 1932. Decided April 18, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. (1) *County of Mobile* v. *Kimball,* 102 U. S. 691, 703, 704; *Houck* v. *Little River Drainage District,* 239 U. S. 254, 262; *Joslin Mfg. Co.* v. *City of Providence,* 262 U. S. 668, 674; *Memphis & Charleston Ry. Co.* v. *Pace,* 282 U. S. 241, 245, 246; (2) *Doyle* v. *Atwell,* 261 U. S. 590, 591, 592; *McCoy* v. *Shaw,* 277 U. S. 302, 303; *Howat* v. *Kansas,* 258 U. S. 181, 185, 186. *Mr. H. E. Garling,* with whom *Messrs. Ernest M. Botkin, Melvin C. Light,* and *J. J. Weadick, Sr.,* were on the brief, for appellants. *Messrs. U. G. Denman* and *William H. Harris* were on the brief for appellee. *Messrs. Gilbert Bettman,* Attorney General of Ohio, and *Wm. S. Evatt,* by leave of Court, filed a brief on behalf of the State of Ohio, as *amicus curiae.*